**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERMEY DAVIS, | Case No. 2:26-cv-01229-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| JEREMY BEAN, et al., | |
| Respondents. | |

Petitioner Jermey Davis, a *pro se* litigant, has filed an Application to Proceed *In Forma Pauperis* ("IFP"). ECF No. 1.  This habeas matter is before the Court for initial review under the Rules Governing Section 2254 Cases.  In his IFP Application, Davis indicates that he is filing a Petition for Writ of Habeas Corpus. ECF No. 1 at 1.  Davis, however, has not filed a Petition.

A *pro se* petitioner is required to file his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on the Court's approved form. *See* LSR 3-1.  The form is important as it provides the Court with necessary information to conduct preliminary review of the petition.  Accordingly, Davis must, within 45 days of the date of this order, file a Petition on the Court's form.[1]  In doing so, Davis is advised to follow the instructions on the form and to refrain from lengthy legal or factual argument.

**IT IS THEREFORE ORDERED:**

1. Petitioner Jermey Davis must file a Petition for Writ of Habeas Corpus on the Court's form within 45 days of this order.

2. The Court defers consideration of Petitioner's Application to Proceed *In Forma Pauperis* until he fully complies with this order.

3. Failure to timely comply with this order will result in the dismissal of the case

---

[1] Davis at all times remains responsible for calculating the applicable statute of limitations.  By ordering Davis to file his Petition, the Court makes no finding or representation that the Petition will be considered timely.

without prejudice and without further advance notice.

4. The Clerk of Court is kindly directed to send Petitioner Davis a blank copy of the form Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with instructions.

DATED:      May 8, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2